

MCSO02574



MCSO02573

MCSO02572

MCSO02570

MCSO02569

MCSO02568

MCSO02567

Case 2:17-cv-04161-SMB-DMF Document 113-2 Filed 08/27/19 Pa

MCSO02566